# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meyer Kama,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Chad Wolf,<br><br>　　　　Defendant. | Case No. 2:20-cv-10265-VAP-ASx<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendant Alejandro Mayorkas, Secretary of the United States Department of Homeland Security, IT IS ORDERED AND ADJUDGED that the action, *Meyer Kama v. Chad Wolf,* Case No. 2:20-cv-10265-VAP-ASx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　　12/12/22

　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　Senior United States District Judge